AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____        _____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **Notice of Appearance** was served **ECF** on December 29, 2014, upon the following:

Jason A. Newfield
Justine C. Frankel
Frankel & Newfield, P.C.
585 Stewart Avenue, Suite 301
Garden City, NY 11530
Phone: (516)-222-1600
Fax: (516)-222-0513
*Attorney for Plaintiff*

Dated:   New York, New York
         December 29, 2014

s/ _____
Matthew P. Mazzola (MM-7427)