ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   212.422.0202  *phone*   212.422.0925  *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

December 29, 2014

*Via ECF*
Hon. J. Paul Oetken, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re:  *Richard Fainter v. Metropolitan Life Insurance Company*
      Civil Action No.: 14-cv-8543(JPO)(RLE)
      File No.: 00584-07769

Dear Judge Oetken:

    This office represents Defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter. We write to request an extension of time for MetLife to file its response to Plaintiff's Complaint, which is currently due to be filed on December 29, 2014.

    MetLife's client representative assigned to this matter is currently out of the office for the holiday season and, as such, we require a brief extension of time so that she may review and approve MetLife's response to Plaintiff's Complaint before we file it with the Court. Specifically, MetLife requests that its time to respond to the Complaint be extended until January 12, 2015. Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. No prior requests for an extension of time to respond to the Complaint have been made by MetLife.

    Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP

cc: Plaintiff's Counsel (*Via ECF*)

19756168v1