UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICHARD FAINTER,                                            14 CV 8543 (JPO)(RLE)

                                        Plaintiff,

                                                            **RULE 7.1 DISCLOSURE
          -against-                                         STATEMENT**

METROPOLITAN LIFE INSURANCE
COMPANY,                                                    DOCUMENT
                                                            ELECTRONICALLY FILED
                                        Defendant.
-----------------------------------------------------------------X

        The undersigned, counsel of record for plaintiff METROPOLITAN LIFE INSURANCE

COMPANY, hereby makes the following disclosure statement pursuant to Federal Rule of Civil

Procedure 7.1:

        1.      Metropolitan Life Insurance Company, a New York corporation with its principal

place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held

corporation.


Dated:      New York, New York
            January 12, 2015



                                    Respectfully submitted,


                                     s/
                                    _____
                                    MICHAEL H. BERNSTEIN (MB-0579)
                                    SEDGWICK LLP
                                    225 Liberty Street, 28th Floor
                                    New York, New York 10281-1008
                                    T:  212.422.0202 | F:  212.422.0925
                                    *Attorneys for Defendant*
                                    *METROPOLITAN LIFE INSURANCE COMPANY*


19756445v1

To:
Jason A. Newfield
Justine C. Frankel
Frankel & Newfield, P.C.
585 Stewart Avenue, Suite 301
Garden City, NY 11530
Phone: (516)-222-1600
Fax: (516)-222-0513
*Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the

attached **Rule 7.1 Disclosure Statement** was served Regular Mail and ECF on January 12, 2015,

upon the following:

Jason A. Newfield
Justine C. Frankel
Frankel & Newfield, P.C.
585 Stewart Avenue, Suite 301
Garden City, NY 11530
Phone: (516)-222-1600
Fax: (516)-222-0513
*Attorney for Plaintiff*

Dated:      New York, New York
            January 12, 2015

s/ _____
Matthew P. Mazzola (MM-7427)
