UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
RICHARD FAINTER,                                                 :
:
                          Plaintiff,   :   14-CV-8543 (JPO)
        -v-                                                    :
:   ORDER OF REFERENCE
METROPOLITAN LIFE INSURANCE                                      :
COMPANY,                                                         :
:
                          Defendant.  :
---------------------------------------------------------------- X

J. PAUL OETKEN, District Judge:

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge, for the following purpose:

  __X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

  _____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

  _____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

  _____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE:

  _____ JURY SELECTION

  _____ HABEAS CORPUS

  _____ INQUEST AFTER DEFAULT / DAMAGES HEARING

  _____ SOCIAL SECURITY

  _____ SETTLEMENT

  _____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

  _____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF:

SO ORDERED.

Dated: January 13, 2015
       New York, New York

_____
J. PAUL OETKEN
United States District Judge