ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*Michael.bernstein@sedgwicklaw.com*

January 19, 2015

*Via ECF*
Hon. Ronald L. Ellis, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Richard Fainter v. Metropolitan Life Insurance Company*
      Civil Action No.: 14-cv-8543(JPO)(RLE)
      File No.: 00584-07769

Dear Judge Ellis:

This office represents Defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter. We write to request that the initial conference currently scheduled for January 20, 2015 be adjourned to a date and time to be designated by the Court. (*See* Doc. No. 10).

The reason for this request is that I will be out of the country on January 20, 2015 and will not return until January 23, 2015 and therefore, will not be able to attend the initial conference. Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. No prior requests for an adjournment of the initial conference have been made by MetLife.

Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP


cc: *Jason A. Newfield, Esq.*

19758075v1