ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   212.422.0202  *phone*   212.422.0925  *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

March 16, 2015

*Via ECF*
Hon. Ronald L. Ellis, U.S.M.J.
Thurgood Marshall
United States Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007-1312

Re:   *Richard Fainter v. Metropolitan Life Insurance Company*
       Civil Action No.: 14-cv-8543(JPO)
       File No.: 00584-07769

Dear Judge Ellis:

   This office represents defendant Metropolitan Life Insurance Company ("MetLife") in the above-referenced matter. We submit this Joint Status Report, along with Jason Newfield, Esq., counsel for plaintiff Richard Fainter ("Fainter") as directed by this Court at the Initial Pre-trial Conference in this matter held on February 10, 2015.

   MetLife served its Rule 26(a), Fed. R. Civ. P., Initial Disclosures on February 24, 2015, which included the administrative record pertaining to plaintiff's claim for disability benefits under the Disability Plan for Employees of the American National Red Cross. After receiving MetLife's Initial Disclosures, plaintiff served his First Request for the Production of Documents, Notice of Deposition pursuant to Rule 30(b)(6), Fed. R. Civ. P., and the Notice of Deposition for Jacklyn Stachnik. MetLife is currently in the process of preparing its responses to these requests for discovery.

   The parties are also currently discussing whether there is a possibility for settlement of this matter. These discussions will continue.

   Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP

cc: Plaintiff's Counsel (*Via ECF*)

19985626v1