

# FRANKEL & NEWFIELD, P.C.

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*

*Admitted in NY, CT and PA

April 21, 2015

585 Stewart Avenue
Suite 312
Garden City, NY 11530
Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

**VIA ECF**

Magistrate Judge Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

        Re:    Fainter v. Metropolitan Life Ins. Co..
                  14-cv-8543

Dear Judge Ellis,

      This office represents Plaintiff Richard Fainter ("Fainter") in the above-referenced matter. Plaintiff submit this letter, with the consent of counsel for the Defendant Metropolitan Life Insurance Company ("MetLife"), to request an extension of the discovery schedule, permitting an additional sixty (60) days to complete discovery.

      Discovery is not complete, as Defendant has not yet responded to Plaintiff's discovery requests and deposition notices (multiple extensions were granted by Plaintiff). The parties notified the Court on March 16, 2015 as to the status of the matter (settlement discussions and discovery proceeding). Currently, Defendant's responses to discovery are due on May 5, 2015. It is anticipated that the parties will need to engage in a meet and confer and likely will need to pursue motions to compel and/or for a protective order.

      The parties have recently been engaged in preliminary settlement discussions, and are continuing those discussions as well.

      Plaintiff thus requests a revised schedule indicating a discovery end date of June 30, 2015. The current discovery end date is April 30, 2015. No other dates are impacted by this request for an extension.

      Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  FRANKEL & NEWFIELD, P.C.

                      By: _____
                                  Jason Newfield (JN-5529)

JAN:bms
cc: Michael Bernstein, Esq.